# United States District Court
## District of New Jersey

| UNITED STATES OF AMERICA | : | WARRANT FOR ARREST |
|---|---|---|
| v. | : | 05 - 0394 M - 01 |
| RICKEY COBLE | : | Magistrate No. 05-2058-(JBR) |

FILED
JUL 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
or any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest RICKEY COBLE and bring him forth to the nearest magistrate judge to answer a(n)

__ Indictment　__ Information　_X_ Complaint　__ Order of court　__ Violation Notice　__ Probation Violation Petition

charging him with

　　　Escape from the custody of the Attorney General

in violation of Title 18, United States Code, Sections 751(a) and 4082.

HONORABLE JOEL B. ROSEN　　　　　　United States Magistrate Judge
Name of Issuing Officer　　　　　　　　Title of Issuing Officer

[signature]　　　　　　　　　　　　　　June 20, 2005, at Camden, NJ
Signature of Issuing Officer　　　　　　Date and Location

Bail fixed at $ _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| Date Received 7/8/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/11/05 | Robert T. Hoffmaster Deputy U.S. Marshal | Robert T. Hoffmaster |