# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| RICKEY COBLE | : | Magistrate No. 05-2058 (JBR) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**ORIGINAL FILED**

: I  '2  0  2005

SEE ATTACHMENT A

WILLIAM T. WALSH
CLERK

I further state that I am a Deputy with the United States Marshal's Service, and that this complaint is based upon the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
KEVIN MERRIGAN, Deputy
United States Marshal's Service

Sworn to before me and subscribed in my presence,

June 20, 2005, at Camden, New Jersey

Honorable Joel B. Rosen
United States Magistrate Judge

_____
Signature of Judicial Officer

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney Renée M. Bumb

Date: _____

## ATTACHMENT A

On or about June 15, 2005, at Fairton, in the District of New Jersey, and elsewhere, and the defendant

RICKEY COBLE,

being an inmate in the custody of the Attorney General of the United States for confinement on the conviction of a felony offense, did knowingly and wilfully escape from said custody by failing to return or report in the time prescribed to the designated institution.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

ATTACHMENT B

1.  I, Kevin Merrigan, am a Deputy with the United States Marshal's Service and have been so employed for approximately 19 years. Part of my duties include the investigation, tracking and apprehension of prisoners who have escaped from federal penal institutions.

2.  On or about June 16, 2005, I was advised by Susan Robinson, Inmate Systems Manager at the Federal Correctional Institution at Fairton, New Jersey, that inmate RICKEY COBLE, Registration No. 30918-007, was placed on escape status as of 9:44 a.m. EST. on June 16, 2005. COBLE was in custody for a Violation of Supervised Release. His original conviction was for Distribution of Heroin and Escape.

3.  At approximately 9:55 a.m. on June 15, 2005, COBLE was placed on furlough status for his change in custody status from FCI Fairton to a halfway house at Bannum Community Corrections Center, 2210 Adams Place, NE, Washington, DC 20018. COBLE was to report at the halfway house by 5:15 p.m. on June 15, 2005. As of 9:44 a.m. EST on June 16, 2005, COBLE has failed to report at Bannum Community Corrections Center.

4.  COBLE's travel schedule established by the Federal Bureau of Prisons (BOP) was that he left FCI Fairton at approximately 9:55 a.m. on June 15, 2005 via bus and taxi en route for Bannum Community Corrections Center, 2210 Adams Place, NE, Washington, DC 20018. COBLE was to arrive at the halfway house no later than 5:15 p.m. on June 15, 2005.

5.  I have been advised by personnel at FCI Fairton that they have confirmed with the Bannum Community Corrections Center that the defendant COBLE failed to report as directed on June 15, 2005.

6.  A review of the U.S. Parole Commission Warrant and Petition and other relevant records show the following:

a.  Defendant RICKEY COBLE was convicted in the District of Columbia on 3/22/2002 for Distribution of Heroin and Escape. He was sentenced to 30 months custody and 5 years supervised release. The offender was Paroled on November 14, 2003. A Violation of Federal Parole Warrant for the offender was issued on July 2, 2004 and he was subsequently arrested on this Parole Warrant on July 15, 2004.

b.  Defendant RICKEY COBLE, has a termination of supervision date of November 13, 2008.